United States District Court

District OF Connecticut

| | |
|---|---|
| T, Jun M. Mims<br>IH#387520 /Plaintiff | Prisoner |
| | C.A.W |
| V. | |
| Lapiey, CO CWR<br>and 10 plus other officers<br>Defendant, | DATED Feb |
| In their individual<br>Capacity and official capacity | Civil Rights complaint<br>42 U.S.C 1983 |
| | Jury Trial Demanded |

SCANNED at and Emailed 2/22/24 by C . 30 pages

I  Introduction

This is a Civil rights complaint filed by T.Jun Mims, a
State Prisoner For damages an Injunctive relief under 42 U.S.C
1983, alleging Cruel and unusual Punishment, unnecessary and
Cation infliction of Pain in violation of the eighth amendment
to the united states. The Plaintiff also alleges maliciously
Calculated sexual Harassment. In violation of the eighth amendment
in the united states.

1

Constitution.

## II. Jurisdiction

1. The court has Jurisdiction over the Plaintiffs Claim of Violation of Federal Constitution rights under 28 U.S.C 1331 (1) and 1343 (a) (3)

2. The court has supplemental Jurisdiction over any of the Plaintiffs state law T claims 28. U.S.C 1367

## III Parties

3. The Plaintiff Tilun mim's was incarcerated at walker macdougll correctional Institution 1153 East ST south suffield CT During the events described in this complaint.

4. The defendents laprey, Cyr and other correctional officers are employess as a correctional officer a m w CuI and being sued in their individual capacity

5. The defendants has acted and continued to act under color of state law at all times relevant of this complaint

IV Exaustion of available Remedies

6 The Plaintiff has exausted his administrative remedies with respect to all claims against the defendants.

V. Factual Statement

7. On September 17, 2022 between 1 and 2:30 P.m The Plaintiff was in Pod in 22 cell. The Plaintiff was told he was getting a cellmate which leadup to a code orange

8. Laprey told Plaintiff to CUFF UP or take the cellmate. Plaintiff Tried to explain cell status which Laprey wasn't Trying to hear.

9. Laprey had enough and told Plaintiff to CUFF UP For threats. Plaintiff Tried to still reason thats when Laprey and other officers became assaultive.

10. Defendant Cyr and other John doe both took an arm and shook the Plaintiff back in forth to stage a struggle yelling The words "STOP ResistinG!"

11. Plaintiff replied calmly Im not resisting!" AT that Point the Defendants started Punching and smashing the Plaintiff head against the wall before bringing the Plaintiff to the ground where they continued to Punch and Kick the Plaintiff

11. While on the ground Defendant CYR began to Sexually assault the Plaintiff by hitting him in the buttocks area. Also the defendant twisted Plaintiff Thumb as to ~~break~~ attempt to break it.

12. Defendant LoPrey then tear the Plaintiff by the Dreads the force mace Down the Plaintiff throat Face and hair.

13. Plaintiff was then brought to B Pod/Unit until a cell opened up in BHU.

14. Plaintiff was later transferred to ~~Sann~~ Francis hospital in hardtford where he was treated For his injuries. Plaintiff was treated with sutures For his right eye and his right hand was Placed in a splint.

15. On the way back to walker the drivers went the long way back telling the Plaintiff that they were notified to make it clear what would happen if the Plaintiff say anything.

4

16. When the Plaintiff got back they refused to feed him nor did they feed him For the Following date of 9-18-22.

17. I the Plaintiff was giving 2 assault on Doc tickets and a threatened ticket. I was Found guilty For threats but Found not guilty For the 2 assault because the video did not show me being assaultive.

18. I was sent to AS (administrative seg) hearing which I later win because the video did not show me being assaultive, just the officers.

19. I was released on Oct 11, 2022 then I was arraigned 3 months later and was giving a bond of $1,100,000 which I Posted sometime in January of 2023

20. On May 26, 2023 I was dismissed on all charges For the assault because the video did not show me being assaultive just the Defendants.

21. June 13, 2023 I was brought back to Jail. In New Haven County Correctional I was getting treated unfairly I didn't Know why until I was informed about a grievance I put before my release

22. On December 14, 2023 I was sent to Cheshire Correctional Institution (CCI) where I filed another Grievence and also gave a Statement to the Police.

## VI Claims For Relief

23. The actions of the Defendants Laprey, Cyr and others Punching, Kicking, twisting thumb to attempt to break it and ~~use~~ using excessive Force on the Plaintiff without need or provocation was done maliciously and constituted cruel and unusual Punishment. In violation of the 8th amendment to the United States Constitution.

24. The action of Laprey and Cyr and other CO's as I Described in 10, 11, 12, 15 and 16 brutally beating me and forcing mace down my throat and sexually assaulting Me was maliciously calculated assault, was totally without penological justification and constituted cruel and unusual Punishment in violation of the 8th amendment to the united states of America.

25. The actions of defendants Laprey, Cyr and others as mentioned in 24 and 25 constitute indifference In Violation of the 8th amendment right and harrasment under Conn. Stat 53a-183

6

26. The actions of defendants Laprey, Cyr and other Correctional Officers on September 17, 2022 between 1 and 2:30 pm Physically Punching/hitting the Plaintiff in his buttocks area Is a clear violation of the Standard set out in P.R.E.A (2003).

   V I I . Relief Request

Wherefore, Plaintiff requests that the court grant the following relief,

      A . Issue a declartory

Judgement Stating that:

1. By malicious and sodistic OF Punching, Kicking, Choking and brutally beating the Plaintiff by Defendants did In Fact subject the Plaintiff unecessary and wanting infliction of Pain in violation of the 8th amendment to the united states constitution and constituted cruel and unusual Punishment

2. The maliciously calculated harrassment /assault of the Plaintiff by Defendant Cyr, Laprey and others (without Penological Jusification and sexual abuse stbibtect the Plaintiff to cruel and unusual Punishment in

Violation of the 8th amendment to the United States of America.

B. Issue Injunction relief Pursuant to rule 65 Fed.R. Civ P ordering that the Defendants Lairey, Cyr and other 10 Plus Correctional Officers to.

1. Attend anger management classes

2. Attend Sex treatment classes.

3. Evaluate by court Appointed Phychiatrist for their anger issues and that they have no inmate contact until such evaluation is complete.

C. Award compensatory damages to the following amount.

1. # 750,000.00 against each defendant for the Injuries the Plaintiff sustained as a result of Plaintiff eye being split by Defendants as well as a emotional injury.

D. Award Punitive damages in the following amount.

1. $ 750,000.00 against each Defendant involved or seen it and didn't stop them from going further with the brutal beatdown.

E. Grant suit other relief as if may appear that Plaintiff is entitled to

Respectfully Submitted

x   Tijun Mims
      Tijun Mims -

I/m #387520
Cheshire Correctional Institution
900 highland Ave
Cheshire, CT 06410



9

<u>AFFIDAVIT</u>

No.

_Tijun M. Mims_____          Superior Court
Plaintiff                     Judicial District of (or)G.A.No.

_____

_Correctional captain Larrey_   _at Cheshire_____

_Cyr Plus other unknown CT DOC_  _Februar 1, 2024_____
Defendant    State member)   Date

_____

_Tijun Mims_____ states: "Indeed, no more than affidavits
is necessary to make the Prima Facie." <u>United States v. Kis</u>, 658
F.2d 526, 536 (7th Cir. 1981); cert denied, 50 U.S. L.W. 2169
S.Ct., March 22, 1982.

That I, _Tijun Mims_____, a living, breathing, man being first
duly sworn, depose and say, and declare by my signature that the
following facts are true, correct and complete to the best of my
knowledge and belief.

That, the affiant is a flesh and blood man, and is over the age
of twenty-one (21) years old.

That _Tijun mims_____/affiant lives in _Cheshire, CT_____
at _Cheshire CT_____.

Pursuant to 28 U.S.C., sec.1746, I declare under penalty of perjury that the foregoing is true and correct.

Tylon Mims
_____
Signature

Feb 1, 2024
_____
Date

NOTARY ACKNOWLEDGMENT

The State of _Connecticut_

County of _New Haven_

_____
Notary Public Signature

JOSE ALBERTO ROBLES
Notary Public, State of Connecticut
My Commission Expires Nov. 30, 2024

2 of 2

1·16·24

CSP

Greetings, I was assaulted by Ct. D.O.C Staff members on or about September 17·2022 while I was incarcerated at WALker CI of Suffield Ct, I was falsely accused of assaulting said staff members as well however still maintaining my innocense, Due To my injuries I Recieved from Said assault I was Sent To St Francis hospital of Hartford Ct 114 Woodland St, and there I Recieved care for my injuries.

Subsequently I was charged with Assault of a Correctional officer(s) cir.(Jan 2023)  (See Docket # 114H –CR-23-07543715) and ultimately I was exonerated cir.(May 26, 2023) of such false allegations, of WALker CI staff. I did officially grieve said misconduct.

I never heard a response To my grievance so now I move on and Seek criminal charges To be placed on said unknown staff of WALker CI.

There is footage available To bolster my claims also. Although I'm incarcerated I am Still a Citizen of United States and I still have unalienable Rights To The 1st Amendment of the United States. I demand To have said culprits fully Prosecuted To the fullest extent of the LAW    # 387520

X Tijun M. Mims
900 Highland Ave
Cheshire Ct 06410



CN 9602
REV
04/30/2021

# Inmate Grievance Form- Level 1
## Connecticut Department of Correction

| Facility/Unit: | WAlker CI | Date: | 9-18-22 |
|---|---|---|---|
| Inmate name: | Tijun M Mims | Inmate number: | 387520 |

## INMATE ADVISEMENT

- **Any inmate who files a grievance must follow all instructions in Section 5 and 6 of Administrative Directive 9.6, "Inmate Administrative Remedies."**
- **Any grievance which does not follow the instructions identified in the above mentioned sections shall be rejected.**

## STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

ON or about September 17-2022 I WAS housed iN WAlker CI's Cell    , while here I WAS ASSAulted by UNNAMEd C/o's iN A Sexually-Physical NAture. I sustAined INjuries of mentAl Physical NAtures. I WAS even given a DR that is Still Pending. I did write a Request on 9- -22 but I never heard ony response hence there is No Attached Response. I seek Relief by all forms the AD allows

| Inmate signature: | X Tijun Mims | Date: | 9-18-22 |
|---|---|---|---|

- **Deposit this form in the "Administrative Remedies" box .**

## DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| Date Received: | | IGP #: | |
|---|---|---|---|
| Disposition: | | Date of Disposition: | |

Reason:

☐ This decision is not subject to further appeal.     ☐ This matter may be appealed within 5 calendar days.

Staff Name Print:

| Signature: | | Date: | |
|---|---|---|---|



# Inmate Grievance Appeal Form - Level 2
## Connecticut Department of Correction

CN 9604
REV
04/30/2021

| Inmate name: | TJUAN M MIMS | | Inmate number: 387520 |
|---|---|---|---|
| Facility/Unit: | | Housing unit: | Date: |
| IGP number: | | | |

### Inmate Acknowledgement

- Use this form to appeal a CN 9602, Inmate Grievance Form- Level 1.
- When submitting this form, the following must be included for processing:
  - All original documentation for prior resolution (e.g. Initial CN 9601, Inmate Request form; CN 9602, Inmate Grievance Form Level 1; etc.).
- NOTE:
  - Your appeal must be filed within five (5) calendar days of the Level 1 response and deposited in the "Administrative Remedies" box within the institution. A level 2 shall be rejected if all documentation from the level 1 response is not included.

### Appeal of Level 1 Decision to Level 2

I am appealing the Level 1 decision because: I am appealing my Ignored Non Responsive Level 1 and Initial CN9601 form in Regards To an incident whereas I was assaulted By Walker CI Staff on or about 9-17-22, Now Its 9-24-22 and I'm moving in Accordance To AD# 9.6. I WANT For Relief all parties involved to be Fully disciplined, Fired and for an appology. Said incident was serious and involving sexual and Physical-mental Abusive Nature, To add insult To injury WCI is Now given me a DR.

| Inmate signature: | | Date: |
|---|---|---|

### FOR OFFICIAL USE ONLY - LEVEL 2 REVIEW

| Date received: | Disposition: | Date of disposition: |
|---|---|---|

Reasons:

| Level 2 reviewer print name: | Title: |
|---|---|
| Level 2 reviewer signature: | Date: |

☐ This grievance may be appealed within five (5) Calendar days to Level 3.

☐ This decision is not subject to further appeal.



Cc

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV
04/30/2021

| Inmate name: Tijun M. Mims | Inmate number: 387520 |
|---|---|

| Facility/Unit: Walker CI | Housing unit: 8 | Date: 9-18-22 |
|---|---|---|

Submitted to: UNH Manager

Request: I am requesting aide in Reporting an incident whereas I was assaulted by staff at Walker CI on or about September 17 2022, said assault was of a Physical - Sexual Nature and then I was deprived showers, food etc while I was housed in RHU. The state police did come I this jail and attempted to interview me on or about 9-18-22 however I declined their meeting by invoking my Fifth Amendment Right. Please help me for I dont feel safe in this jail.

cc File

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

| Acted on by (print name): | Title: |
|---|---|

Action taken and/or response:

*continue on back if necessary*

| Staff signature: | Date: |
|---|---|

CN 1604.

Please comply with CT Doc Administrative Directive
9.6 + 2.17 also CT Doc Mission Statement as well as
State and Federal Constitutions. There is video Footage of SAID
Incident and clearly the evidence To bolster my claims
Please guide me in my administrative endeavors



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV
04/30/2021

| Inmate name: | Tijun M Mims | | Inmate number: | 387520 |
|---|---|---|---|---|

| Facility/Unit: | CCT | Housing unit: | 5/45 | Date: | 1-12-24 |
|---|---|---|---|---|---|

Submitted to: F.O.I Testa

Request: Please Provide all information in Regards To an Incident in Which occured at Walker CI on or about 9-17-22 – October 11-2022. Said request is not limited to all/any IR's (Incident Reports) DRs (Disciplinary Reports) Dispositions of all of the above, Pictures audio/video, and any/all information in Regards To said Incident
                    Said Request is of a Timely Nature

cc: File

**continue on back if necessary**

Previous action taken:

**continue on back if necessary**

| Acted on by (print name): | | Title: | |
|---|---|---|---|

Action taken and/or response:

**continue on back if necessary**

| Staff signature: | | Date: | |
|---|---|---|---|

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV
04/30/2021

| Inmate name: Tijun M. Mims | Inmate number: 387520 |
|---|---|

| Facility/Unit: CCI | Housing unit: 5/45 | Date: 1-12-24 |
|---|---|---|

Submitted to: M.R.S Whyte

**Request:** Please provide me access To Copy Certain entries From my medical record for the Time Period of September 17, 2022 - Also, I was inducted into St. Francis Hospital of Haartford Connecticut at 114 Woodland St. 06105. Please Retrieve/Locate and Provide me access To said Record as well for the above Time mentioned. The MRN: 11728135. Ps: Nurse Notes included. Said request is of a Time Sensitive Nature.

cc: File

**continue on back if necessary**

**Previous action taken:**

**continue on back if necessary**

| Acted on by (print name): | Title: |
|---|---|

**Action taken and/or response:**

**continue on back if necessary**

| Staff signature: | Date: |
|---|---|



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV
04/30/2021

| Inmate name: | Tijun M Mims | | Inmate number: | 387520 |
|---|---|---|---|---|

| Facility/Unit: C CI | Housing unit: 51 | Date: 1-12-24 |
|---|---|---|

Submitted to: ARC ARvelo

Request: Please Provide me copies of The disposition of my garvances Submitted To WAlker CI ARC oN or about the DAte of 9-17-22 — October 11-2022

**continue on back if necessary**

Previous action taken:

**continue on back if necessary**

| Acted on by (print name): | Title: |
|---|---|

Action taken and/or response:

**continue on back if necessary**

| Staff signature: | Date: |
|---|---|

Re Docket No.# HNH CR-230754371S

1·12·24

Greetings Please Forward me all the information in Regards To State vs Mims case (DATE of brath 8-5 1994). VIDEOS, Audio, Incident Reports Police Reports medical Reports etc. IN Regards To SAID CASE.

SAID CASE Took place on or about 9-11 22 — MAY 26·2023

Docket, H 14 H CR 230 754371S

X

Cc File

Re: H14H CR 23 - 0754 3 715                              1-14-29

Covrt Clerk of Hartford Superior.

Please Provide me with all the documents, Audio/visual information in Regards To State vs Tijun M. Mims Docket # CR-23 0754571 Incident date was on or about 9-17-2022 - May 26-2023. Said request is not limited To Police Reports, Pictures, Incident Reports, Sworn Affidavits, dispositions, Tangible evidence. Warrants etc...

          Also Transcripts involved for the dates Said Court was in session in Regards To Docket #

     H14H CR 23 07543715

                                    Dates
                                    1- 3-·23
                                    3- 22 -23
                                    4- 21-23
                                    5- 26-23




          cc

Greetings Court Reporter of Hartford Superior Court
Please Forward me the dates that said court held
hearings in Regards To State of Connecticut vs
Tijun M. Mims Docket # HHH CR 230754371 S
Said case stems from an incident that occured on or about
September 17, 2022  —  May 26 2023. Also Please
Forward me Transcript order forms and Fee waivers and
The Names of Judges, Court Reporters involved with said
case / Court dates.

Please And thank you.

4 Transcripts Dated    1-30-23

3·22·23

4-21-23

5·26·23

I was assaulted, Physically/Sexually by CT D.O.C Agents on or about September 17, 2022 while being housed in Walker CI. The State Police did come to the prison and asked me to talk to them however I maintained my silence while invoking my 5th Amendment Right. I recieved Physical injuries, mental injuries as well. Once I made bond on or about october 11 2022

I was then charged with Assault against my assailants. On January 2023, I was then Formally charged with said crime and booked/processed. Ultimately the court dismissed said charges against me on may 26 2023, I am now breaking my silence and seeking said CT Doc Staff/Agents to be charged, Tried and Convicted. There is clear evidence that exist outside of the CT D.O.C Possession that clearly bolsters my claims against said CT Doc Staff, said evidence is now in the courts hands and in my families hands. See docket #

Although I am now an Inmate/Prisoner I still have Unalienable Constitutional Rights to Petition for Redress of grievance (1st Amendment) and several others. I am formally executing said Rights Now. Please come to the prison of Cheshire CI at Cheshire CT. 900 Highland Ave and Take my statements down. The following Affidavit is copied and will be also sent to 1111 Country Club Hill Rd. of Middletown ct. 06457



## DIVISION OF PUBLIC DEFENDER SERVICES
### State of Connecticut

OFFICE OF THE PUBLIC DEFENDER
SUPERIOR COURT G. A. 14
101 LAFAYETTE STREET
HARTFORD, CONNECTICUT 06106

ATTORNEY DAVID WARNER
SUPERVISORY ASSISTANT PUBLIC DEFENDER
TEL: (860) 566-5090
FAX: (860) 566-1619

November 29, 2023

Mr. Tijun Mims, #387520
New Haven Correctional Center
245 Whalley Avenue
New Haven, CT. 06511

**Dear Mr. Mims,**
     Thanks for reaching out to me, your Attorney can get that video from the State's
Attorney.  Hopefully everything will work out with your cases.

Sincerely,

Mary Elizabeth Ahern

Mary-Elizabeth Ahern, Esq.
Senior Assistant Public Defender
Hartford Superior Court GA 14
101 Lafayette Street
Hartford, CT 06106
(860) 566-5090 Ext. 3194

# AFTER VISIT SUMMARY



**Tijun M. Mims**  DoB: 8/5/1994 MRN: 11728135

📅 9/17/2022  📍 Saint Francis Hospital Emergency Department 860-714-4001

## Instructions

There are 3 sutures in the right eyelid.  These should be removed in 5 to 7 days.

The right wrist has been splinted due to pain involving the thumb and region of the scaphoid.  While the x-ray was normal, given the location of pain, he was placed in a splint, which should remain in place for 1 week.  At that time he needs to be reevaluated.  If pain persists or if there is evidence for tendon injury, he will need referral to a hand specialist.

Ibuprofen 400 mg every 6 hours as needed for pain.

---

 **Follow up with Saint Francis Hospital Emergency Department**
Why: As needed
Specialty: Emergency Medicine
Contact: 114 Woodland St.
Hartford Connecticut 06105
860-714-4001

---

## Changes to Your Medication List

You have not been prescribed any medications.

## Today's Visit

You were seen by Jillian L Smith, MD

**Reason for Visit**
Assault Victim

**Diagnoses**

- Laceration of eyelid without involvement of lid margin
- Periorbital contusion of right eye, initial encounter
- Thumb injury, right, initial encounter

📖 **Imaging Tests**
CT Head Without IV Contrast
X-Ray Chest PA & LAT
X-Ray Hand Complete (3 view) - Right
X-Ray Knee AP and Lateral only - Bilateral

⚕ **Medications Given**
naproxen (NAPROSYN)
Tdap (ADACEL)

🚫 **Immunizations Given**
Adacel (TdaP)

❤ Blood Pressure
**158/97**

🌡 Temperature (Tympanic)
**98.8 °F**

❤ Pulse
**84**

🫁 Respiration
**18**

🫁 Oxygen Saturation
**98%**

---

# Instructions on MyCare Enrollment

Trinity Health Of New England is pleased to offer MyCare to all of our patients. MyCare gives you direct online access to portions of your electronic medical record (EMR) where your doctor stores your health information. Your lab results, appointment information, medications, immunizations and more are all securely stored for quick retrieval.

With MyCare you can review your medications, immunizations, allergies, and medical history. You can review health education topics and after visit instructions provided by your physician. And finally, with MyCare you can even view your bill and make secure online payments.

Please follow the instructions below to securely access your online medical record.

How Do I Sign Up?

1. In your Internet browser, navigate directly to www.trinityhealthofne.org.
2. Click on the Patient Portal link that appears at the top of the window.
3. Click on the link to your respective hospital.
4. Follow the instructions on screen to **Register for MyCare**.
5. Once on the MyCare homepage, click on **Sign Up Now** in the New User? Box.
6. You will be taken to the sign-up page. On this page, enter your MyCare Activation Code exactly as it appears below.
   - You will not need to use this code again after you have completed the sign-up process.
   - If you do not sign up before the expiration date, you must request a new code.

MyCare Activation Code: W7DC9-JF5KM-3CD4F

Expires: 11/16/2022  7:24 PM

7. Enter your Date of Birth as indicated and click **Next**. You will be taken to the next sign-up page.
   - When entering your date of birth, be sure to enter all four digits of your birth year.
8. Create a MyCare username. Think of one that is secure and easy to remember.
9. Create a MyCare password. You can change your password at any time.
   - Your Password cannot be the same as your username and must be at least 8 characters long, containing both letters and numbers.
10. Choose a security question from the drop down list, enter your answer, and click **Next**.
    - The answer to this question may be used at a later time if you forget your password.
11. Select your communication preference.
    - Enter a valid e-mail address to receive e-mail notifications when new information is available in MyCare.
12. Click **Sign In**. You can now view your medical record.

Thank you for enrolling in MyCare.

Additional Information

If you have questions, please e-mail: mycaresupport@trinityhealthofne.org to work with our MyCare staff. Remember, MyCare is NOT to be used for urgent needs. For medical emergencies, dial 911.

Some third-party applications may be compatible with MyCare. Please visit: http://www.trinityhealthofne.org/mycare-1070 and select your health center for more information.



# What to do if you are sick with coronavirus disease 2019 (COVID-19)

If you are sick with COVID-19 or suspect you are infected with the virus that causes COVID-19, follow the steps below to help prevent the disease from spreading to people in your home and community.

## Stay home except to get medical care

You should restrict activities outside your home, except for getting medical care. Do not go to work, school, or public areas. Avoid using public transportation, ride-sharing, or taxis.

## Separate yourself from other people and animals in your home

People: As much as possible, you should stay in a specific room and away from other people in your home. Also, you should use a separate bathroom, if available.

Animals: Do not handle pets or other animals while sick. See COVID-19 and Animals for more information.

## Call ahead before visiting your doctor

If you have a medical appointment, call the healthcare provider and tell them that you have or may have COVID-19. This will help the healthcare provider's office take steps to keep other people from getting infected or exposed.

## Wear a facemask

You should wear a facemask when you are around other people (e.g., sharing a room or vehicle) or pets and before you enter a healthcare provider's office. If you are not able to wear a facemask (for example, because it causes trouble breathing), then people who live with you should not stay in the same room with you, or they should wear a facemask if they enter your room.

## Cover your coughs and sneezes

Cover your mouth and nose with a tissue when you cough or sneeze. Throw used tissues in a lined trash can; immediately wash your hands with soap and water for at least 20 seconds or clean your hands with an alcohol-based hand sanitizer that contains at least 60% alcohol covering all surfaces of your hands and rubbing them together until they feel dry. Soap and water should be used preferentially if hands are visibly dirty.

## Avoid sharing personal household items

You should not share dishes, drinking glasses, cups, eating utensils, towels, or bedding with other people or pets in your home. After using these items, they should be washed thoroughly with soap and water.

## Clean your hands often

Wash your hands often with soap and water for at least 20 seconds. If soap and water are not available, clean your hands with an alcohol-based hand sanitizer that contains at least 60% alcohol, covering all surfaces of your hands and rubbing them together until they feel dry. Soap and water should be used preferentially if hands are visibly dirty. Avoid touching your eyes, nose, and mouth with unwashed hands.

## Clean all "high-touch" surfaces every day

High touch surfaces include counters, tabletops, doorknobs, bathroom fixtures, toilets, phones, keyboards, tablets, and bedside tables. Also, clean any surfaces that may have blood, stool, or body fluids on them. Use a household cleaning spray or wipe, according to the label instructions. Labels contain instructions for safe and effective use of the cleaning product including precautions you should take when applying the product, such as wearing gloves and making sure you have good ventilation during use of the product.

## Monitor your symptoms

Seek prompt medical attention if your illness is worsening (e.g., difficulty breathing). Before seeking care, call your healthcare provider and tell them that you have, or are being evaluated for, COVID-19. Put on a facemask before you enter the facility. These steps will help the healthcare provider's office to keep other people in the office or waiting room from getting infected or exposed.

Ask your healthcare provider to call the local or state health department. Persons who are placed under active monitoring or facilitated self-monitoring should follow instructions provided by their local health department or occupational health professionals, as appropriate. When working with your local health department check their available hours.

If you have a medical emergency and need to call 911, notify the dispatch personnel that you have, or are being evaluated for COVID-19. If possible, put on a facemask before emergency medical services arrive.

## Discontinuing home isolation

Patients with confirmed COVID-19 should remain under home isolation precautions until the risk of secondary transmission to others is thought to be low. The decision to discontinue home isolation precautions should be made on a case-by-case basis, in consultation with healthcare providers and state and local health departments.



For more information: www.cdc.gov/COVID19



# Authorization to Obtain and/or Disclose
# Protected Health Information
### Connecticut Department of Correction

CN 4401/1
REV 11/17/22

Inmate Name: _Tilun Mims_

Inmate Number: _387520_       Date of Birth: _8/5/94_

I hereby authorize the Connecticut Department of Correction (CTDOC), and the Connecticut Board of Pardons and Paroles (CTBOPP):

☐ **to OBTAIN** the following information from:
(Complete name and address box)

☑ **to DISCLOSE** the following information to:
(Complete name and address box)

Name: _Tilun Mims_

Address: _619 benham St Hamden CT 06514_
_245 Whalley Ave, New Haven CT 06511_

*Instructions: The person completing this authorization should be advised that this form may not be used to release psychotherapy notes. Authorizations for use or disclosure of sensitive health information (such as HIV/AIDS or substance abuse) should be initialed by the requestor. ("X" All that apply):*

☑ Current Health Record (includes mental health information, other than psychotherapy notes)

☐ Health information related to (specific diagnosis, injury, operation, etc.): _____

☐ Partial Health Record - period from _____ to _____

☑ Other health information (be specific): _____

☑ I specifically authorize the release of the following information from my health record (Initial all that apply)

_TM_  Substance Abuse (Alcohol/Drug)
_TM_  Confidential HIV/AIDS Related Information
_____  Mental Health (Other than psychotherapy notes)
_TM_  Sexually Transmitted Disease

I am requesting that this information be **disclosed** or obtained for the purpose of: _My hospital records the Date one 9/17/22 injury when I was sent to St. Francis Hospital in Hartford._

I understand that this authorization is voluntary and that I may withdraw my consent, in writing, at any time, except to the extent that it has already been acted upon. My consent, if not withdrawn, will continue throughout my term of supervision by the CTDOC regardless of my placement and including any time spent on parole or community supervision. If this form is used to obtain or disclose records for a person not under CTDOC supervision, consent shall be valid for a period of one (1) year from the date the person signs, unless withdrawn.

**Notice to Individual Requesting the Disclosure.** *Your signature below indicates that you understand that if the organization authorized to receive the information is not a health care provider or health plan, and the information disclosed is NOT protected by Title 42 CFR Part 2 and C.G.S. Ch. 368x, then the released information may no longer be protected by the HIPAA Federal Privacy Regulation.*

_Tilun Mims_
Patient Name (print)

_Tilun Mims_                                          _11/2/23_
Signature of Patient or Legal Representative          Date

Printed Name of Legal Representative *                Relationship to patient
* A copy of the personal representative's legal authority to act on behalf of the patient is attached.

Witness Signature                                     Date

Parent or Guardian Signature                          Date
(if requestor is a minor)

If authorization is to **obtain** information, please provide information to address stamped below.

Name:

Facility Stamp
**State of Connecticut DOC**
**New Haven Corrections Center**
**245 Whalley Avenue**
**New Haven, CT 06511**



# Authorization to Obtain and/or Disclose
# Protected Health Information
### Connecticut Department of Correction

CN 4401/2
REV 11/17/22

Inmate Name: TiJun Mims

Inmate Number: 387520

Date of Birth: 8/5/94

---

## Notice to Recipients:

*As the recipient of this information, you may use this information only for the stated purpose. You may disclose this information to another party ONLY:*

- *With written authorization from the patient of his or her legal representative;*
- *As required or authorized by state and/or federal law; or,*
- *If urgently needed for the patient's continued care.*

***If this disclosure contains information relating to HIV, behavioral health, alcohol or drug abuse education, training, treatment, rehabilitation, or research, the following shall apply: This information has been disclosed to you from records whose confidentiality is protected by federal law. Federal regulations (Title 42 CFR Part 2 and C.G.S. Ch. 368x) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is NOT sufficient for this purpose. State law contains similar provisions with respect to confidential HIV information, C.G.S. 19a-585.***

---

## Notice to Individual Requesting the Disclosure:

I understand that I may inspect and copy the information to be used and disclosed under this authorization and that I may receive a copy of this signed authorization form. There may be a fee associated with the copying, not to exceed what Connecticut State law authorizes.

CTDOC and CTBOPP and their employees, officers, and physicians are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

*I understand that CTDOC or CTBOPP may not condition present or future treatment on the provision of this authorization.*

---

## REQUEST TO WITHDRAW AUTHORIZATION (except to the extent that the release has already been acted on)
I withdraw my consent to disclose or obtain health information authorized above.

_____
Patient Name (print)

_____      _____
Signature of Patient or Legal Representative         Date

_____      _____
Witness Signature                                    Date

_____      _____
Parent or Guardian Signature                         Date
(if requestor is a minor)

**MIMS, TIJUN**
Facility: New Haven Correctional Center
Inmate Number: 00387520
November 7, 2023 | Page 1

Connecticut Department of Corrections
Health Services Unit

# CERTIFICATE OF AUTHENTICITY

I hereby certify that the documents attached hereto are true copies of the Protected Health Record/Information requested on the following individual:

Tijun Mims
**Inmate Name**

387520
**Inmate Number**

Michelle P MRSI
**Print Staff Name, Title**

**Signature**

New Haven Corrections Center
**Facility**

11/7/23
**Date**

**CONFIDENTIAL INFORMATION**
"The confidentiality of this record is required under Chapter 899 of the Connecticut General Statues. This material shall not be transmitted to anyone without written consent or other authorization as provided in the aforementioned statutes."

3 pages mp

Original Certificate to be sent with copied protected Health record/Information
Copy to be filed in Correspondence Section of the Health Record

**HR918 Rev. 06/05**